.40 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Holloway, Jr., William J | 2. Court or Organization<br><br>Tenth Circuit Court of Appeals | 3. Date of Report<br><br>06/06/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior Status Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>200 N.W. 4th Street<br>Oklahoma City, Oklahoma 73102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, Board of Directors. | The Historical Society of the Tenth Judicial Circuit |
| 2. Monthly phone conferences and infrequent face-to-face meetings. | (No Compensation) |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 JUN -7 A 11:35 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holloway, Jr., William J | 06/06/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holloway, Jr., William J | 06/06/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. O.G.E. Energy Corp.(Common Stock) | B | Dividend | K | T | None | | | | |
| 2. AT&T, Inc.(was SBC)Common Stock | C | Dividend | L | T | Merger | | | | See Part VIII, No. 1 |
| 3. NYNEX( deleted as per 9/25/01 committee letter | | None | | | None | | | | See Part VIII, No. 2 |
| 4. Bell Atlantic (Deleted as per Committee ltr.) | | None | | | None | | | | See Part VIII, No. 2 |
| 5. Bell South (Common Stock) | B | Dividend | L | T | None | | | | Acquired by AT&T 2007 |
| 6. Ameritech (deleted as per 9/25/01 committee ltr.) | | | | | | | | | See part VIII, No. 2 |
| 7. Pacific Telesis (deleted as per 9/25/01 committee ltr.) | | | | | | | | | See part VIII, No. 2 |
| 8. First State Bank, Pond Creek, OK (Common Stock) | A | None | K | W | None | | | | |
| 9. Deleted as per 9/25/01 (Committee ltr instruction) | | | | | | | | | |
| 10. ▓▓▓▓/3 interest ▓▓▓▓ cabin, Chaffee Cnty,CO | | None | K | W | None | | | | |
| 11. Oil & Gas Royalty, Love Co., OK | B | Royalty | J | W | None | | | | |
| 12. Oil & Gas Royalty, Woods County, OK (Chespeake) | E | Royalty | L | W | None | | | | |
| 13. Oil & Gas Royalty, Woods County, OK(Marshall Buyer) | A | Royalty | J | W | None | | | | |
| 14. Oil & Gas Mineral Interest, Blaine County, OK (Chesapeake) | A | None | J | W | None | | | | |
| 15. Deleted as per 9/25/01 Committee ltr. | | | | | | | | | |
| 16. Oil & Gas Royalty Interests, Grant Co., | A | None | J | W | | | | | |
| 17. IRA Acct/w BankOne closed. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holloway, Jr., William J | 06/06/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Deleted as per 9/25/01 Committee Instruction Ltr | | | | | | | | | |
| 19. Deleted as per 9/25/01 Committee Instruction Ltr. | | | | | | | | | |
| 20. Deleted as per 9/25/01 Committee Ltr. | | | | | | | | | |
| 21. Deleted as per 9/25/01 Committee Instruction Ltr. | | | | | | | | | |
| 22. Oil & Gas Royalty Interest. Morton & Kearny Cos., Ks. | C | Royalty | K | W | | | | | Included Royalty Item 28 |
| 23. Maple Leaf Gold Coins | | None | J | W | None | | | | |
| 24. NOW Checking Account Closed in 1997 | | | | | | | | | |
| 25. Checking & Saving Accts. BankOne (now Chase) | C | Interest | M | T | None | | | | |
| 26. Trust Closed as reported in earlier year | | | | | | | | | |
| 27. Oklahoma Royalty (See Okla. Schedule Attached) | E | Royalty | M | W | None | | | | |
| 28. Kansas Royalty (See Ks. schedule attached) | D | Royalty | L | W | None | | | | |
| 29. Texas Royalty (See Tx. Schedule attached) | B | Royalty | J | W | None | | | | |
| 30. Pontotoc Co., OK #26 & 138 Royalty Interest | A | Royalty | J | W | None | | | | |
| 31. Deleted as per 9/25/01, Committee Ltr. | | | | | | | | | |
| 32. See item 25 above | | | | | | | | | |
| 33. Lucent Technologies. Inc. (now Alcatel Lucent). | A | None | K | T | | | | | |
| 34. NCR Corp. | | None | J | T | | | | | |

1 Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000

2 Value Codes: (See Columns C1 and D3)
J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000

3 Value Method Codes (See Column C2)
Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
| --- | --- |
| Holloway, Jr., William J | 06/06/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. U.M.B. Money Market | C | Interest | L | T | | | | | |
| 36. Now AT&T Inc. (See item 2 above.) | | None | | | | | | | |
| 37. Bank of Oklahoma (Checking Account) | C | Interest | L | T | | | | | |
| 38. Vodafone Group PLC | B | Dividend | J | T | None | | | | |
| 39. NBC Bank(Oklahoma City) | D | Interest | M | T | | | | | |
| 40. Smith V. Amoco settlement - Stevens Co., Kansas | A | Cash | None | N/A | | | | | |
| 41. Verizon Communications, Inc. | B | Dividend | L | T | | | | | |
| 42. Agere | A | None | J | T | | | | | |
| 43. Mass Mutual Ins. Policy | A | Dividend | J | W | | | | | Cash Surrender Value |
| 44. New York Life Ins.(2 policies) | A | Dividend | J | W | | | | | Cash surrender value |
| 45. Avaya | A | None | J | T | | | | | Spinoff from Lucent into Comcast |
| 46. Comcast | A | None | K | T | | | | | AT&T broadband merged |
| 47. Ideare | A | None | J | T | | | | | |
| 48. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holloway, Jr., William J | 06/06/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

From Part Vii - Investments and Trusts

1. This is my old SBC stock plus my old AT&T stock. After merger the surviving corporation took the name "AT&T Inc." and I have a total number of shares in this new AT&T Inc. Income and value of both are combined.

2. Deleted as per 9/25/01 Committee Letter.

3. We have prepared 3 detailed attachments entitled "Payor Update." One each for Texas, Kansas and Oklahoma are attached. They show the payor of royalty or other income, the counties and the years covered. We include 1999 through 2003 to trace for the committee the relevant history as to the oil and gas interests which the oil companies frequently transfer. Behind these 3 "Payor Updates," there is a detailed "Schedule A" listing the mineral interests, overriding royalty interests, and term royalty interests comprising the oil and gas interests of my spouse, with legal descriptions. This is a breakdown of the oil and gas interests in Texas, Kansas and Oklahoma owned by ▓▓▓▓▓▓▓ and covered by the "Payor Updates" to which Schedule A is attached. We trust that the general listings in the "Payor Updates" will clarify the reporting of the oil and gas interests.

| PAYOR UPDATE | | TEXAS | | Includes All Payors in Each Year | |
|---|---|---|---|---|---|
| 1999 | | 2000 | | 2001 | |
| PAYOR | COUNTY | PAYOR | COUNTY | PAYOR | COUNTY |
| American Processing Allied with Knenergy | Carson (Cooper Lease) | American Processing (Allied with Kindermorgan) One Oak Field Services | Carson (op. cit.) | OneOak Field Services | Carson (op. cit.) |
| Phillips Oil | Carson (Cooper Lease) | Phillips 66 Oil | Carson (op. cit.) | Phillips 66 Oil ½ year then Ultimar Diamond Shamrock | Carson (Op. cit.) |
| Myriad Resources Corp. | Gray (McLaughlin Lease) | Myriad Resources | Gray (op. cit.) | Myriad Resources Corp. | Gray (Op. Cit.) |
| Phillips Gas (GPM) | Gray (McLaughlin) | Phillips Gas Merged with Duke Energy | Gray (op. cit.) | Duke Energy | Gray (op. cit.) |

| PAYOR UPDATE | | TEXAS | | Includes All Payors in Each Year | |
|---|---|---|---|---|---|
| 2002 | | 2003 | | 2004 | |
| PAYOR | COUNTY | PAYOR | COUNTY | PAYOR | COUNTY |
| One oak field services | Carson (Cooper Lease) | Oneoak Field Services | Carson (Cooper Lease) | Oneoak Texas Field Services Gas | Carson (Cooper A&G) |
| Ultimar Diamond Shamrock then Valero Market Supply | Carson (Cooper Lease) Combined 1099 | Valero Mkt. Supply | Carson (Cooper Lease) | Valero Mkt.Supply Oil | Carson (Cooper A&G) |
| Myriad Resources Corp. | Gray (McLaughlin Lease) | Myriad Resources Corp. | Gray (McLaghlin Lease) | Myriad Resources Corp. Oil | Gray (McLaghlin) |

| PAYOR UPDATE | | TEXAS | | Includes All Payors in Each Year | |
|---|---|---|---|---|---|
| 2002 | | 2003 | | 2004 | |
| PAYOR | COUNTY | PAYOR | COUNTY | PAYOR | COUNTY |
| Duke Energy | Gray (McLaughlin | Duke Energy | Gray (McLaughlin) | Duke Energy Field Service Gas | Gray (McLaghlin) |

| PAYOR UPDATE | | TEXAS | | Includes All Payors in Each Year | |
|---|---|---|---|---|---|
| 2005 | | 2006 | | 2007 | |
| PAYOR | COUNTY | PAYOR | COUNTY | PAYOR | COUNTY |
| Oneoak Texas Field Services Gas | Carson (Cooper Lease) | Eagle Rock Energy ———— One payment only from Oneoak | Carson (Cooper A&G) | | |
| Valero Mkt. Supply Oil | Carson (Cooper A&G) | Valero Mkt.Supply Oil | Carson (Cooper A & G) | | |
| Myriad Resources Corp. | Gray (McLaughlin Lease) | Pantwist LLG | Gray McLaughlin | | |
| Duke Energy Field Service Gas | Gray (McLaughlin) | Duke Energy Field Service Gas | Gray (McLaughlin.) | Name Change DCP Midstream Jan. 07 | |

| PAYOR UPDATE | | OKLAHOMA | | Includes All Payors in Each Year | |
|---|---|---|---|---|---|
| 1999 | | 2000 | | 2001 | |
| PAYOR | COUNTY | PAYOR | COUNTY | PAYOR | COUNTY |
| Belco | Love (Leon Unit) | Belco Energy | Love (op. cit.) | Belco Energy | Love (op. cit.) |
| Chesapeak Op. Inc. and Weiser Brown Op. | Woods (Whitlaw) | Chesapeake Op. Inc. | Woods (op. cit.) | Chesapeake Op. Inc. | Woods (op. cit.) |
| Duke | Logan (Lewis, Rosalie, FIFI & Miss Claudia) | Duke Merged April GPM i e (Phillips Gas) | Logan (op. cit.) | Duke Energy | Logan (op. cit.) |
| Enerwest | Garvin (w. Katie) | Enerwest Trading Co. | Garvin (op. cit.) | Enerwest | Garvin (op. cit.) |
| Equiva (Shell & Texaco) | Pontotoc (Beebe Calvin) | Equiva | Pontotoc (op. cit.) | Equiva | Pontotoc (op. cit.) |
| Sunoco. Inc. | Logan (West Navina Babcock 1)  Pontotoc (Starrit & Mary Gordon | Sunoco, Inc.. Feb. 14 Shields Energy Acquired Logan See Below | Pontotoc & Logan (op. cit.) | Sunoco, Inc. | Pontotoc (op. cit.) |
| Teppco | Logan (Fifi 1 & 2) | Teppco Crude | Logan (op. cit.) | Teppco | Logan (op. cit.) |
| | | Shields Energy February 14 | Logan (West Navina) (op. cit.) See Sunoco above | Shields Op. Inc. | Logan (op. cit.) |
| Greenwood Energy. Inc. | Woods (Lease Bonus) Whitlaw 2/12 | | | EOTT Energy (Enron) from Koch | Logan (Rosalie) |
| SS & L Oil and Gas | Woods (Lease Bonus) 8/10 River had Moved | | | | |

| PAYOR UPDATE | | OKLAHOMA | | Includes All Payors in Each Year | |
|---|---|---|---|---|---|
| 2002 | | 2003 | | 2004 | |
| PAYOR | COUNTY | PAYOR | COUNTY | PAYOR | COUNTY |
| Belco energy merged with Westport Oil and Gas. Then acquired by Aries Op. | Love (Leon Unit). | Aries Op. | Love (Leon Unit) (See Water Flood below) Page 2 | Aries Op L.L.C. | Love (Leon Unit) |
| Chesapeake Op. Inc. | Woods (Whitlaw) and Logan. Fifi- 1 & 2 | Chesapeake Op. Inc. | Woods (Whitlaw) Logan Fifi-1 | Chesapeake Op. Inc.<br><br>Chesapeake Expl. Lmtd. | Woods (Whitlaw) 1-29 Logan (Fi Fi 1&2) and Velma Alma Settlement in Logan<br><br>Blaine Lease Bonus - 13 ½ Acres SE 1/4 S 9 14N-12W |
| Duke Energy | Logan (Lewis. Rosalie. Fifi 1 & 2, Miss Claudia) | Duke Energy | Logan(Lewis, Rosalie. Fifi 1 & 2, Miss Claudia | Duke Energy | Logan Lewis, Rosalie, Miss Claudia, Fi Fi 1 & 2 |
| Enerwest | Garvin (W. Katie) | Enerwest | Garvin (W. Katie) | Enerwest Trading LLC | Garvin (West Katie) |
| Equiva then Shell Trading | Pontotoc (Beebe Calvin | Shell Trading | Pontotoc (Beebe Calvin Sand) | Shell Trading | Pontotoc (Beebe Calvin Sand Unit) No Income 2004. Must have shut down. |
| Sunoco. Inc. | Pontotoc(Starrit & Mary Gordon) Logan (West Navina) | Sunoco. Inc. | Pontotoc (Starrit & Mary Gordon) Logan (West Navina | Sunoco | Logan Waterfloor (W. Navina) Pontotoc (Starrit & Gorson) |

| PAYOR UPDATE | | | | Includes All Payors in Each Year | |
|---|---|---|---|---|---|
| 2002 | | | | 2004 | |
| PAYOR | COUNTY | PAYOR | COUNTY | PAYOR | COUNTY |
| Teppco gone See Chesapeake (Above) | Logan (Fifi) 1 & 2 | | | | |
| Shields | Logan (Babcock) (West Navina) | Shields Op. Inc. | Logan (West Navina) Babcock- Water-Flood | Shields Op. Inc. | Logan Waterfloor (W. Navina Babcock) |
| Eott Energy Op. (Enron) Bankruptcy | Logan (Rosalie) from Koch (Also Bankrupt) | Eott Energy Op. (Enron) Bankruptcy | Logan (Rosalie) 1-10 | Eott | Logan (Rosalie 1-10) Still Bankrupt |
| | | RDH Enterprises, Inc. Lease Bonus 3 year | Woods S 32-T24-R6W W ½ of NW 1/4 | RDH Enterprises | Woods No income from lease |
| | | L.E. Jones Op. Waterflood (Woodruff Deese Sand) Unit | Love S 34 and 33 Tract 7 & 8 | L.E. Jones Op. Inc. | Love (Woodruff Deese Sand Unit) Waterfloor |
| | | | | | |

| PAYOR UPDATE | | OKLAHOMA | | OKLAHOMA | |
|---|---|---|---|---|---|
| **2005** | | **2006** | | **2007** | |
| PAYOR | COUNTY | PAYOR | COUNTY | PAYOR | COUNTY |
| Aries Op L.L.C. | Love (Leon Unit) | Aries Op L.P. | Love (Leon Unit) | | |
| Chesapeake Op. Inc.<br><br>Chesapeake Expl. Lmtd. | Woods (Whitlaw) 1-29 Logan (Fi Fi 1&2<br><br>Producing Well Blaine | Chesapeake Op. Inc. | Blaine (Burns Trust) Logan (Fi Fi 1&2 Woods (Whitlaw) 1-29) | | |
| Duke Energy | Logan Lewis. Rosalie. Miss Claudia. Fi Fi 1 & 2 | Duke Energy Field Serv. | Logan Lewis. Rosalie. Miss Claudia. Fi Fi 1 & 2 | Jan. 1 Name Change DCP Midstream | |
| Enerwest Trading LLC | No Production Garvin W. Katie | Enerwest | No Production Garvin | | |
| Shell Trading | No Production Pontotoc | Shell Trading | Beebe Calvin Sand Pontotoc | | |
| Sunoco | Logan Waterflood (W. Navina) Pontotoc (Starrit & Gordon) | Sunoco | Logan Waterflood (W. Navina) Pontotoc (Starrit & Gordon) | | |
| Shields Op. Inc. | Logan Waterflood (W. Navina Babcock) | Shields Op. Inc. | Logan Waterflood (W. Navina Babcock) | | |
| Eott Energy Op | Logan (Rosalie 1-10) Still Bankrupt | Eott Energy still Bankrupt | Logan (Rosalie) | | |
| Marshall Oil Corp. | Woods Whitlaw 1-3 | Marshall Oil Corp. | Woods Whitlaw 1-32 | | |
| L.E. Jones Op. Inc. | Love Woodruff Deese Sand Unit r | L.E. Jones Op. Inc. | Love (Woodruff Deese Sand) | | |
| Osage Land Co. | Pooling Bonus Logan County | 1. Crest Resources Lease Bonus 2. Gentry Minerals, LLC Lease Bonus | Woodward<br><br>Logan | | |

| PAYOR UPDATE | | KANSAS | | Includes All Payors in Each Year | |
|---|---|---|---|---|---|
| 1999 | | 2000 | | 2001 | |
| PAYOR | COUNTY | PAYOR | COUNTY | PAYOR | COUNTY |
| Amoco | Morton (Bear. Light. Evans) and Kearny (Johnson Gas Wells) | B P Amoco (British Petrol) | Morton (op cit.) Kearny (op. cit.) | B P Amoco | Morton (op cit.) Kearny (op. cit.) |
| Nat'l Coop Refining. LLC | Riley (Gerhart) Kingman (Butler) | Nat'l Coop Refining LLC | Riley (op cit.) Kingman (op. cit.) Graham (Anderson A&B) (See Farmland) | Nat'l Coop Refining LLC | Riley (op cit.) Kingman (op. cit.) Graham (op. cit.) |
| Equiva (Texaco Shell) | Sedgwick (Bartholmew) Barton (U.E. Wells) | Equiva | Sedgwick (op. cit.) Barton (op. cit.) | Equiva | Sedgwick (op. cit.) Barton (op. cit.) |
| Farmland October Allied with Nat'l Coop Ref. | Graham (Anderson) A & B | See above Nat'l Coop Ref., LLC | Graham Anderson A&B See Above Nat'l Coop | Nat'l Coop Ref. | (Graham See Above) Nat'l Coop |
| Genesis Crude | Stafford (Modschiedler Rawlins (Bartovsky) Rooks (Sikes A) | Genesis Cruude | Stafford (op. cit.) Rawlins (op. cit.) Rooks (op. cit.) | Genesis Crude | Stafford (op. cit.) Rawlins (op. cit. Rooks (op.cit.) |
| Graham Michaelis | Kingman (Brown C) | Berexco Inc. Central Crude Condensate Graham Michaelis | Kingman (Brown C) | Berexco, Inc. Central Crude | Kingman (op. cit.) |

| | | | | | |
|---|---|---|---|---|---|
| Graves Drilling | Kingman (Butler) | Graves Drilling (Dynagy) | Kingman (op. cit.) | Woolsey Petr. (bought Graves) | Kingman (op. cit.) |
| Kansas Gas Supply | Kingman (Voran A&G) | Barr Energy & OneOak Field Services<br><br>Also called OneOak Midstream Gas Supply | Kingman (Voran A&G) | Barr Energy OneOak Field Services<br><br>Also called OneOak Midstream Gas Supply | Kingman (op. cit.) |
| Lario Oil | Kearny (Johnson 1-4) | Lario Oil | Kearny (op. cit.) | Lario Oil | Kearny (op. cit.) |
| Mobil | Kearny (Johnson 1 thru 4) (7 wells) | Exxon-Mobil Corp. (Merged) | Kearny (op. it.) | Exxon Mobil Corp. | Kearny (op. cit.) |
| Ocean Energy (1099 Merit Energy) | Kingman (Spivey Unit Source) | Ocean Energy and Merit | Kingman (op. cit.) | Merit | Kingman (op. cit.) |
| One Oak Resources | Reno (Peace Creek) | OneOak Resources & Red River Energy | Reno (op. cit.) | Red River Energy | Reno (op. cit.) |
| Osborn Heirs | Kearny (Johnson) Multiple Wells | Osborn Heirs | Kearny (op. cit.) | Osborn Heirs | Kearny (op. cit.) |
| Penn Z Energy (was Pennzoil Quaker State) | Kearny (Johnson) 3 wells | Devon | Kearny (op. cit.) | Devon Energy | Kearny (op. cit.) |
| Plains Petroleum op. Allied with Barrett | Kearny (Johnson Unique) 3 wells | Plains Petrol. Merged Barrett | Kearny (op. cit.) | Plains Petrol Barrett then Williams Prod. 8/30/2001 | Kearny (op. cit.) |
| Sequoyah Trading & Transport | Kingman (Voran A&G) | Sequoyah T&T & Barr Energy | Kingman (op. cit.) | Barr Energy | Kingman (op. cit.) |
| Vastar | Kearny (Tate) | Vastar Acquired by British Petrol. | Kearny (op. cit.) | Vastar (B.P.) See Page 1 2002 | Kearny (op. Cit.) |

| PAYOR UPDATE | | KANSAS | | Includes All Payors in Each Year | |
|---|---|---|---|---|---|
| 2002 | | 2003 | | 2004 | |
| PAYOR | COUNTY | PAYOR | COUNTY | PAYOR | COUNTY |
| S.P. America Production includes Old Amoco and Vastar | Morton (Bear, Light, Evans) Kearny (Johnson and Tate) | B.P. America Production | Morton (Bear, Light, Evans) Kearny (Johnson and Tate) | B.P.America and Amoco Settlement (Youngren vs. Amoco) 1999 | Morton (Bear, Light, Evans) Kearny (Johnson) |
| Nat'l Coop Ref.. LLC | Riley (Gerhardt) Kingman (Butler) Graham (Anderson A & B) | National Coop Ref., LLC | Riley (Gerhardt) Kingman (Butler) Graham (Anderson A & B) | National Coop. Ref., LLC | Riley (Gerhardt) Kingman (Butler) Graham (Anderson A&B) |
| Instead of Equiva, Now Seminole Transport | Sedgwick Bartholemew 6 - 10 Barton (U.E.Wells No income) | Seminole Transport | Sedgwick( 6 - 10 Bartholemew Unit) | Seminole Transport Name Change to Semcrude, L.P. | Sedgwick (6-10 Bartholomew Tract) |
| Genesis then Eaglewing Trading | Stafford Modschiedler Rawlins (Bartovsky) Rooks (Sikes A) | Eaglewing Trading, Inc. | Stafford Modschiedler Rawlins (Bartovsky) Rooks (Sikes A) | Eaglewing Trading, Inc. | Stafford Modschiedler Rawlins (Bartovsky) Rooks (Sikes A) |
| Berexco. Inc. Central Crude | Kingman (Brown-C) Condensate | Berexco, Inc. Central Crude | Kingman (Brown C) Condensate | Berrexco, Inc. Central Crude (Condensate) only | Kingman (Butler) |
| Woolsey Petrol See Page 2. 2001 | Kingman (Butler) | Woolsey Petrol | Kingman (Butler) | Woolsey Petrol. | Kingman (Butler) |

| | | | | | |
|---|---|---|---|---|---|
| Barr Energy and Oneoak Field Services | Kingman (Voran A and G) | Barr Energy and Oneoak Field Services | Kingman (Voran A and G) | Barr-Energy, LLC<br><br>Oneoak Midstream (name change) | Kingman (Voran A&G)<br><br>Kingman (Voran A&G) |
| Lario Oil | Kearny (Johnson) 1 - 4 | Lario Oil Purchased Williams Interest July | Kearny (Johnson) 1 thru 4 | Lario Oil & Gas | Kearny Johnson 1-4 & (Johnson Unique - 3 wells) See Williams 2003 Final pmt. 2004 from Williams - Under $3.00 |
| Exon Mobil | Kearny (Johnson 1 - 4) 7 Wells | Exxon Mobil Corp. | Kearny (Johnson 1 thru 4) | Exon Mobil | Kearny (Johnson 1-4) |
| Merit Energy | Kingman (W. Spivey Unit) | Merit Energy | Kingman (W. Spivey Unit) | Merit Energy | Kingman (W. Spivey Unit) |
| Beta Op. Co. instead of Red River | Reno (Peace Creek) | Beta Op. Co. | Reno (Peace Creek) | Beta Op. Co. Name changed to Petro Hawk Energy includes Red River Energy | Reno (Peace Creek) |
| Osborn Heirs | Kearny (Johnson) | Osborn Heirs | Kearny (Johnson) | Osborn Heirs | Kearny (Johnson - 12 wells) |
| Devon Energy | Kearny (Johnson) 3 Wells | Devon Energy | Keanry (Johnson 3 wells) | Devon Energy Prod. | Kearny (Johnson - 3 wells) |
| Williams Production | Kearny (Johnson) Unique 3 Wells | Production bought by Lario - see above | Kearny (Johnson) Unique 3 wells) | Williams Prod. Gone See Lario Page 1 | |

| PAYOR UPDATE | | KANSAS | | Includes All Payors in Each Year | |
|---|---|---|---|---|---|
| 2005 | | 2006 | | 2007 | |
| PAYOR | COUNTY | PAYOR | COUNTY | PAYOR | COUNTY |
| B.P. America | Morton (Bear, Light, Evans) Kearny (Johnson) | B.P. America | Morton (Bear, Light, Evans) Kearny (Johnson) | | |
| National Coop. Ref., LLC | Riley (Gerhardt) Kingman (Butler) Graham (Anderson A&B) | National Coop. Ref., LLC | Riley (Gerhardt) Graham (Anderson A&B) | | |
| Semicrude L.P. | Sedgwick (6-10 Bartholomew Tract) | Semicrude L.P. | Sedgwick Tract 6-10 Bartholomew | | |
| Eaglewing Trading, Inc. | Stafford Modschiedler Rawlins (Bartovsky) Rooks (Sikes A) | Eaglewing Trading, Inc. L.P. | Stafford Modschiedler Rawlins (Bartovsky) Rooks (Sikes A) | | |
| Berrexco, Inc. Central Crude (Condensate) only | Kingman (Butler) | Berrexco, Inc. Central Crude (Condensate) only | Kingman (Butler) | | |
| Woolsey Petrol. | Kingman (Butler) | Woolsey Op. Co. LLC | Kingman (Butler) | | |
| Barr-Energy. LLC | Kingman (Voran A&G) | Barr-Energy, LLC | Kingman (Butler) | | |
| Oneoak Midstream (name change) | Kingman (Voran A&G) | Oneoak Midstream Gas Supply | Kingman (Voran A&G) | | |

| PAYOR UPDATE | | KANSAS | | Includes All Payors in Each Year | |
|---|---|---|---|---|---|
| **2005** | | **2006** | | **2007** | |
| PAYOR | COUNTY | PAYOR | COUNTY | PAYOR | COUNTY |
| Lario Oil & Gas | Kearny Johnson 1-4 & (Johnson Unique 0 3 wells) | Lario Oil & Gas | Kearny Johnson 1-4 & (Johnson Unique 0 3 wells) | | |
| Exon Mobil | Kearny (Johnson 1-4) | Exon Mobil | Kearny (Johnson 1-4) | | |
| Merit Energy | Kingman (W.Spivey Unit) | Merit Energy | Kingman (W.Spivey Unit) | | |
| Petro Hawk Energy includes Red River Energy | Reno (Peace Creek) | Petro Hawk Energy Corp. | Reno (Peace Creek) | | |
| Osborn Heirs | Kearny (Johnson - 12 wells) | Osborn Heirs | Kearny (Johnson - 12 wells) | | |
| Devon Energy Prod. | Kearny (Johnson -3 wells) | Devon Energy Prod. | Kearny (Johnson -3 wells) | | |
| | | Coffeyville Res. :L.L.C. | Riley-Gerhrt Graham Anderson A & B | | |
| | | Central Crude Corp. | Kingman Brown C Condensate only | | |
| | | Settlement Thompson Law Firm, L.L.C. | Stevens Co. Smith v. Amoco Case #99C21 | | |

_____ _. HOLLOWAY, JR.
DATE OF REPORT:
June 5, 2007

## SCHEDULE A.

### Assets from Helen G. Hoehn Trust
### at Liberty National Bank & Trust Co. of Oklahoma City

| MINERAL INTEREST | Value | Wife's Half Interest |
|---|---|---|
| Graham County KS | | |
| GRAHAM CO, KS T9S R21 W UND 5/160 MI SW/4 SEC. 19. | $ 112.50 | $ 56.25 |
| GRAHAM CO, KS T9S R21W UND 1/80 MI NW/4 Sec. 21 & SW/4 & W.2 SE/4 SEC. 16. | 1,791.00 | 895.50 |
| GRAHAM CO, KS T9S R21W UND 5/320 MI W/2 SEC. 18. | 316.36 | 158.18 |
| Kearny County KS | | |
| KEARNY CO. KS 25S 37W UND 1/20 MI NW/4 SEC. 36. | 4,533.34 | 2,266.67 |
| KEARNY CO, KS 25 S 37 W UND. 1/20 MI N/2 & SE/4 SEC. 26. | 457.38 | 228.69 |
| KEARNY CO, KS 25 S 37 W UND. 1/20 MI S/2 SEC. 24. | 3,400.74 | 1,700.37 |
| KEARNY CO, KS 25S 36W UND. 1/20 MI NE/4 & LOTS 1 & 2 & E/2 NW/4 & E/2 SW/4 SEC. 19, 20 NMA | 5,760.51 | 2,880.26 |
| KEARNY CO, KS 25S 36W UND. 15/320 & 1/20 MI SE/4 & LOTS 1,2, 3,4, AND E/2 W/2 SEC. 18 23 NMA | 4,669.84 | 2,334.92 |
| KEARNY CO, KS 25S 37W UND. 1/20 MI ALL OF SEC. 25; 32 AC MORE OR LESS. | 6,709.50 | 3,354.75 |
| KEARNY CO. KS 25S 37W UND, 1/40 MI NE/4, S/2, LOTS 1 & 2 & S/2 NW/4 SEC. 13, 16 NMA | 4,059.79 | 2,029.90 |
| KEARNY CO. KS 25S 37W UND. 1/40 MI NW/4 & W/2 NE/4 & SE/4 NE/4 & NE/4 SE/4 SEC. 35. 8 NMA. | 3,002.23 | 1,501.12 |

KINGMAN CO. KS 27S 5W UND      178.44      89.22
.0005519 MI SE/4 SEC. 36 AND N/2
NE/4 SEC. 1-28S-5W BUTLER LEASE

KINGMAN CO. KS 28S 5W UND      1,896.37      948.19
1/16 MI IN SE/4 SEC. 2.

KINGMAN CO. KS 30S 8W UND      2,549.27      1,274.64
10/240 MI S/2 SE/4 SEC. 14 AND
E/2 NE/4 SEC. 23.

KINGMAN CO, KS 29S 7W UND      5,933.70      2,966.85
20/260 MI IN EAST 100 AC OF NW/4
AND E/2 NE/4 AND W/2 NE/4 ALL IN
SEC. 27.

### Morton County, KS

MORTON CO, KS 32S 40W UND      869.61      434.81
1/48 OF 480/640 IN E/2 & SW/4
SEC. 17; 480 AC. AMOCO,

### Norton County, KS

~~NORTON CO, KS 3S-24W UND~~      ~~450.00~~      ~~225.00~~
20/160 MI IN SW/4 SEC. 24

### Rawlins County KS

RAWLINS CO, KS 1S-34W UND 1/32 OF      2,539.44      1,269.72
1/8 MI IN THE SW/4 & W2 NW/4 &
W/2 SE/4 SEC. 9

### Reno County, KS

RENO CO, KS 23S 10W UND 5/320      780.64      390.32
MI SEC. 1.

### Riley County KS

RILEY CO, KS 11S 8E UND 20/400 MI IN      3,638.00      1,819.00
S/2 SW/4 SEC. 24 AND N/2 SEC. 25.

| | | |
|---|---|---|
| ROOKS CO, KS 9S 18W UND 6/160 MI NE/4 SEC. 7. | 135.00 | 67.50 |
| ROOKS CO, KS 9S 19W UND 1/32 MI SE/4 SEC. 27. | 763.96 | 381.98 |

### Sedgwick County, KS

| | | |
|---|---|---|
| SEDGWICK CO, KS 28S 4W UND. 10/160 MI N/2 SW/4 SEC. 6. PERMIAN CORP. | 112.50 | 56.25 |
| SEDGWICK CO, KS 27S 4W UND. 10/160 MI W/2 SEC. 29 & E/2 SW/4 & E/2 NW/4 SEC. 30 & ALL OF SEC. 31. | 1,575.00 | 787.50 |

### Stafford County, KS

| | | |
|---|---|---|
| STAFFORD CO, KS 24S 11W UND. 1/32 MI IN N/2 SE/4 SEC. 21 AND S/2 SW/4 SEC. 22, PESTER RE | 112.50 | 56.25 |

## <u>OVERRIDING ROYALTY INTEREST</u>

### Barton County, KS

| | | |
|---|---|---|
| BARTON CO, KS 20S-12W UND. 1/16 OF 7/8 RI IN E/2 SW/4 SEC. 20 | 2,425.72 | 1,212.86 |

### Ellis County, KS

| | | |
|---|---|---|
| ELLIS CO, KS T13S R17W UND 1/64 RI S/2 NE & N/2 SE & NE SW SEC. 10 AND W/2 SW NW SEC. 11. | 139.72 | 69.86 |

**Kansas Total Value** ——— **$29,456.56**

## Carson County, TX

| | | |
|---|---|---|
| CARSON CO. TX SEC. 4 IN BLK 9, UND. 4/64 MI OF THE I&GN RR CO. SURVEY S/2 NE/4 & N/2 SE/4, COOPER A & G. | 1,649.48 | 824.74 |

## Gray County, TX

| | | |
|---|---|---|
| GRAY CO. TX SEC. 33 BLK B-2 UND. 5/64 MI IN NW/4 OF H & GN RR CO. SURVEY. | 6,248.66 | 3,124.33 |

Texas Total Value ---------- $3,949.07

---

## Garvin County, OK

| | | |
|---|---|---|
| GARVIN CO, OK 2N 2W UND 1/10 MI S/2 NW/4 & SE NW & NW SW SEC.36. | 539.84 | 269.92 |

## Logan County, OK

| | | |
|---|---|---|
| LOGAN CO, OK 15 N 4 W UND. 1/80 MI NE/4 & SE/4 SEC 10. | 1,565.71 | 782.86 |
| LOGAN CO, OK 15 N 1 W UND. 1/8 MI N/2 SE/4 SEC. 32. | 1,500.00 | 750.00 |
| LOGAN CO, OK 16 N 1 W UND. 1/32 MI NW/4 SEC. 34. | 750.00 | 375.00 |
| LOGAN CO. OK UND 1/40 MI IN SEC. 33-17N-1E - N/2 S/2 SE/4 | 150.00 | 75.00 |
| LOGAN CO, OK 16 N 3 W UND. 1/24 MI SW/4 SEC. 35. | 1,000.00 | 500.00 |

## Pontotoc County, OK

| | | |
|---|---|---|
| PONTOTOC CO, OK 5N 5E UND. 10/83 MI SE/4 NW/4 & LOT 2 OF SEC. 35, Cont 83 AC, More or Less. | 750.00 | 375.00 |
| PONTOTOC CO, OK 5N 5E UND. 1/20 MI N/2 NW/4 SEC. 33 | 389.76 | 194.88 |

| | | |
|---|---|---|
| , ~~~~~~ ~~ UND.~~ 1/20 MI W/2 SW/4 SW/4 SEC. 28, | 75.00 | No lease or pool wells. |
| PONTOTOC CO, OK 5N 5E UND. 1/24 MI IN E/2 NE/4 & NW/4 NE/4 & E/2 SW/4 NE/4 & SW/4 SW/4 NE/4 SEC. 21. | 1,483.26 | 741.63 |
| PONTOTOC CO, OK 5N 5E UND. 3/64 MI W/2 SE/4 SEC. 18. | 281.25 | 140.63 |
| PONTOTOC CO, OK 5N 5E UND. 1/24 MI IN THAT PART OF LOT 13, LYING EAST OF THE DRAW IN SEC. 16; 10 AC MORE OR LESS, | 31.25 | 15.63 |

**Woods County OK**

| | | |
|---|---|---|
| WOODS CO, OK 23N 13W UND 1/8 MI NE/4 NW/4 SEC. 6 | 750.00 | 375.00 |

**Woodward County, OK**

| | | |
|---|---|---|
| WOODWARD CO, OK 25N 19W UND 13/320 MI IN E/2 NW/4 & W/2 NE/4 ~~& UND 1/16 W/2 SW4 ALL IN SEC. 7.~~ | 1,725.00 | 862.50 |

**TERM ROYALTY INTEREST**

**Logan County, OK**

| | | |
|---|---|---|
| LOGAN CO, OK 15N 4 W UND 1/18 MI IN W/2 NW/4 SEC. 11 | 611.60 | 305.80 |

Oklahoma Total Value — $5,763.83

(Please see next page for Remarks)

5

Date of Report: June 6, 2007

## SCHEDULE A

Properties from ███████████████████████
███████████████████████
received a 1/3 interest in the properties
listed below, being one of three
█████ of ████████████

### Royalty and Working Interests

| Complete Legal Description | Income | Value |
|---|---|---|
| 6.66 Royalty Acres W2 of SW/4 Sec 2-25N-7, Grant Co.,Ok | None | $ 200 |
| 1/2 Interest in W/2 of NW/4 of Sec 32 24N-16W, Woods Co., Ok | None | 200 |
| 1/2 Interest in Lot 4 (44.1 Acres) in Sec 19-24N-16W, Woods Co., Ok | None | 200 |
| .109375 W.I. in ARlo 1-25,SE,SE of Sec 25-23N-4W, Garfield Co., Ok. | None | 3,500 |

### Realty Interests

| Complete Legal Description | Income | Value |
|---|---|---|
| Undivided 1/2 Interest in Lots 5,6,7, & 8, Blk 24,Jonesville Addn to City, JF Enid,Ok. Also 17' strip along Westside of said lots* | None | 40,000 |

*This is the property whose sale in February 1995 at a loss is described at Item 20 in Part VII of earlier report.

| Name of Person Reporting | Date of Report |
|---|---|
| Holloway, Jr., William J | 06/06/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date 6/6/2007

NOTE: AN̲̅ _____ R FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544